UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAYTON WHITMORE,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C22-5485 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  Upon remand, the Appeals Council will instruct the Administrative Law Judge to: offer the claimant the opportunity for a new hearing; take any further action needed to complete the administrative record; and issue a new decision.

    Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

    DATED this 19th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1